IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Monique Richards-Smith**, <br><br> Plaintiff, <br><br> v. <br><br> **AstraZeneca Pharmaceuticals, LP**, <br><br> Defendant. | Civil Action No. 8:23-cv-01879-AAQ |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, Defendant AstraZeneca Pharmaceuticals LP states the following:

- AstraZeneca Pharmaceuticals LP is an indirect wholly-owned subsidiary of AstraZeneca PLC. AstraZeneca PLC's registered office is in Cambridge, England, United Kingdom.

- AstraZeneca Pharmaceuticals LP is a member of the AstraZeneca group of companies, whose ultimate parent company is AstraZeneca PLC.

- AstraZeneca PLC is a publicly listed company. No publicly held corporation owns 10% or more of AstraZeneca PLC's issued share capital.

AstraZeneca Pharmaceuticals LP reserves the right to amend and/or supplement this disclosure in the future.

Dated: January 8, 2024

Respectfully submitted,

*/s/ Lincoln O. Bisbee*
Lincoln O. Bisbee (Bar. No. 28953)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
lincoln.bisbee@morganlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I electronically filed a copy of the foregoing through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Lincoln O. Bisbee*