## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Chambers of  
Matthew J. Maddox  
United States District Judge  
MDD_MJMChambers@mdd.uscourts.gov



101 West Lombard Street  
Chambers 3B  
Baltimore, Maryland 21201  
(410) 962-3407

<u>STANDING ORDER CONCERNING DISCOVERY</u>

Dear Counsel:

To facilitate the just, speedy, and inexpensive resolution of this case, I have implemented the following informal discovery dispute procedure as a substitute for Local Rule 104.8. **You may not file any discovery motions until this process has been followed and I advise you that formal briefing is necessary**.

At the outset, counsel are reminded of their obligation to cooperate in conducting discovery, as well as to limit the cost of discovery so that it is proportional to what is at issue in the case. In the event of a disagreement involving discovery, before requesting court intervention, counsel must confer with each other and attempt to resolve or narrow the dispute. If issues remain, counsel may:

1. File a joint brief letter (not to exceed one page) advising me that you would like me to resolve a discovery dispute and confirming that you have attempted to resolve it on your own and that you have held a Local Rule 104.7 conference. Please note that this requirement contemplates a discussion between counsel, not simply an email exchange.

2. Within twenty-four (24) hours of sending the letter described above, counsel involved in the discovery dispute shall file short letters (not to exceed three (3) single-spaced pages) setting forth their respective positions. You may not file attachments to your letters without my permission. Unless otherwise instructed, you may not file a reply. This procedure contemplates that you will file your letters contemporaneously and that you are already familiar with the other party's position by virtue of your conference.

3. Upon review of these letters, I will determine whether a telephone conference is necessary to resolve the dispute. If so, my chambers will contact you to schedule a conference call. It shall be the responsibility of Plaintiff's counsel to arrange the conference call.

4. I will not make a tape recording of the hearing. If any of you want a court reporter to record the hearing, it will be your responsibility to have a court reporter present in your office. Of course, you must advise me and opposing counsel at the commencement of the hearing that a record is being made.

I intend to resolve as many disputes as I can in this informal manner. If, however, I determine that the issues require compliance with formal motions practice, I will so advise counsel.

Notwithstanding the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Sincerely,

/s/

Matthew J. Maddox
United States District Judge